# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 12-01225 JVS (RNBx) | Date | June 27, 2013 |
| Title | ArrivalStar S.A., et al. v. Meitek Inc., et al. | | |

Present: The Honorable    James V. Selna

| Karla Tunis | None Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   (In Chambers)  Order to Show Cause re Dismissal for Lack of Prosecution

**On January 28, 2013, the Court granted plaintiff's Motion for Leave to File a First Amended Complaint.   As of today, an amended complaint has not been filed.   The Court hereby ORDERS plaintiff to show cause, in writing, not later than July 8, 2013,  why this action should not be dismissed for lack of prosecution.**

: 00

Initials of Preparer   kjt