MICHAEL K. GRACE (SBN 126737)
mgrace@gracelaw.com
PAMELA D. DEITCHLE (SBN 222649)
pdeitchle@gracelaw.com
GRACE+GRACE LLP
790 E. Colorado Blvd., Suite 797
Pasadena, California 91101
Telephone: (626) 696-1555
Facsimile:  (626) 696-1559

ANTHONY E. DOWELL (pro hac vice)
aedowell@dowellbaker.com
One Indiana Square, Suite 3500
Indianapolis, IN  46204
Telephone:  (317) 713-3500
Facsimile:  (317) 713-3669

Attorneys for Plaintiffs ArrivalStar S.A.
and Melvino Technologies Limited

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARRIVALSTAR S.A. and MELVINO TECHNOLOGIES LIMITED,<br><br>    Plaintiffs,<br><br>    v.<br><br>MEITEK INC., a California corporation; and JNETWORK, LLC, a California limited liability company,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. CV 12-1225 JVS (RNBx)<br><br>**STIPULATED JUDGMENT AND ORDER OF DISMISSAL** |

Pursuant to the stipulation of plaintiffs ArrivalStar S.A. and Melvino Technologies (collectively, "Plaintiffs") and defendant Meitek, Inc. ("Meitek"), IT IS ORDERED that:

1. Pursuant to the Court's Order of November 20, 2012 [Doc. No. 55], final judgment is entered in favor of Meitek and against Plaintiffs on (a) Plaintiffs' claims for patent infringement; and (b) Meitek's Counterclaim I for a declaratory judgment of noninfringement of Patent Nos. 6,714,859, 6,804,606, 6,904,359, 6,952,645 and 7,191,058; and

2. Meitek's Counterclaims II and III for a declaratory judgment of unenforceability and invalidity of Plaintiffs' patents, respectively, are dismissed without prejudice.

**IT IS SO ORDERED, ADJUDGED, AND DECREED.**

Dated: July 05, 2013

HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE