Paul Overhauser
OVERHAUSER LAW OFFICES, LLC
740 Green Meadows Dr., Ste. 300
Greenfield, IN 46140
*poverhauser@overhauser.com*
Tel. 317-891-1500
Fax. 866-283-8549

GREGG A. RAPOPORT (State Bar No. 136941)
**BUSINESS LEGAL PARTNERS, ATTORNEYS AT LAW, LAW CORP.**
135 W. Green Street, Suite 100
Pasadena, CA 91105
*gar@garlaw.us*
Tel. 626-356-8080 or 626-585-0155
Fax. 626-578-1827

Attorneys for Defendant, MEITEK, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ARRIVAL STAR S.A., et al., | Hon. James V. Selna |
| Plaintiffs, | Case No: CV 12-1225-JVS (RNBx) |
| vs. | |
| MEITEK, INC., et al, | **DEFENDANT, MEITEK, INC.'s NOTICE OF WITHDRAW OF MOTION AND MOTION FOR SANCTIONS PURSUANT TO FRCP 11** |
| Defendants | |
| | Date: August 12, 2013 |
| | Time: 1:30 p.m. |
| | Place: Courtroom No.: 10C |

PLEASE TAKE NOTICE that Defendant, MEITEK, INC. ("Meitek") hereby withdraws its Motion for Sanctions pursuant to Fed. Rule Civ. Pro. 11 filed July 16, 2013 (Doc. 81), but reserves the right to refile the motion at a future date.

---

NOTICE OF WITHDRAW OF MOTION FOR SANCTIONS PURSUANT TO FRCP 11 — 1

Dated: July 17, 2013

   /s/ Paul B. Overhauser
Paul B. Overhauser
poverhauser@overhauser.com
OVERHAUSER LAW OFFICES, LLC
740 West Green Meadows Drive
Suite 300
Greenfield IN 46140
Phone: (317) 891-1500
Fax: (866) 283-8549
Attorneys for Defendant, MEITEK, INC.

**DEFENDANT, MEITEK, INC.'s NOTICE OF WITHDRAW OF MOTION FOR SANCTIONS PURSUANT TO FRCP 11**

**PROOF OF SERVICE**

I, Paul B. Overhauser, am over the age of 18 years and not a party to this action.  Upon my oath, I hereby state that the foregoing

**NOTICE OF WITHDRAW OF MOTION FOR SANCTIONS PURSUANT TO FRCP 11**

is being filed electronically, and notice hereof will automatically be sent to all counsel of record that participate in electronic filing, by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system. In addition, if any attorneys are not participating in electronic filing, they are identified below and have been mailed, via first-class postage, notice hereof on the date this document is being electronically filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 17, 2013.

/s/ Paul B. Overhauser
Paul B. Overhauser
poverhauaser@overhauser.com
OVERHAUSER LAW OFFICES, LLC
740 West Green Meadows Drive
Suite 300
Greenfield IN 46140
Phone: (317) 891-1500
Fax: (866) 283-8549
Attorneys for Defendant, MEITEK, INC.

NOTICE OF WITHDRAW OF MOTION FOR SANCTIONS PURSUANT TO FRCP 11

3